EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    David W. Román Rodríguez | 2001 TSPR 89 |

Número del Caso: TS-6321


Fecha: 15/junio/2001


Oficina de Inspección de Notarías:
                          Lcda. Carmen H. Carlos
                          Directora


Abogado de la Parte Querellada:
                          Lcdo. Gerardo Ortiz del Rivero


Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está
sujeto a los cambios y correcciones del proceso de compilación y publicación
oficial de las decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

    David W. Román Rodríguez

              TS-6321

RESOLUCIÓN

San Juan, Puerto Rico a 15 de junio de 2001

       Vista la Moción de Reinstalación al Ejercicio de la Abogacía presentada por el querellado, señor David W. Román Rodríguez, se ordena la reinstalación inmediata del mismo a la práctica de la abogacía.

       Con respecto a la Moción Informativa de la Directora de la Oficina de Inspección de Notarías, el Tribunal se da por enterado.

       Publíquese.

       Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

                       Isabel Llompart Zeno
                  Secretaria del Tribunal Supremo